ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 03 2006

at  11  o'clock and  00  min  A  M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN M.S. LEE,<br><br>            Petitioner,<br><br>v.<br><br>KEVIN S.C. CHANG, et al.,<br><br>           Respondents. | CV-04-00299 TZ<br>No. C04-299Z<br><br>ORDER |

Pursuant to the Order Imposing Pre-Filing Review Requirement as to Petitioner Robin M.S. Lee, the Court hereby DISMISSES this case for failure to seek and receive approval to file the present petition. See Case No. 06-42-HG-KSC (D. Hawaii), docket no. 2-4.

IT IS SO ORDERED.

DATED this 29th day of March, 2006.

_____
THOMAS S. ZILLY
United States District Judge

ORDER -1-