AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| ROBIN M.S. LEE | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CIVIL NO 04-00299 TZ |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| KEVIN S.C. CHANG | April 3, 2006 |
| Defendant(s). | At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed pursuant the Order filed April 3, 2006 by Judge Thomas S. Zilly.

| | |
|---|---|
| _____April 3, 2006_____ | _____SUE BEITIA_____ |
| Date | Clerk |
| | /s/ George Bartels |
| | (By) Deputy Clerk |